Treasury; (5) Dec. 15, 1815: order re notice of sale amended.

PAPERS IN FILE: See *Transactions 1814–1824*, I, 54, case 488.

*File No.* . . . .

## UNITED STATES *versus* A BARREL SHRUB AND A BOAT.

JOURNAL ENTRIES: (1) Oct. 6, 1815: transferred from record of clerk of "Supreme Court of the Territory of Michigan sitting as such"; (2) Oct. 6, 1815: libel filed, proclamation ordered made, time fixed for trial, notice ordered published; (3) Dec. 15, 1815: order for publication amended; (4) May 20, 1816: testimony heard, property condemned, sale ordered, notice of sale ordered.

PAPERS IN FILE: See *Transactions 1814–1824*, I, 54, case 489.

*File No.* . . . .

## UNITED STATES *versus* JAMES MAY AND AUGUSTIN LAGRAVE. . . . .

JOURNAL ENTRIES: [None]

PAPERS IN FILE: See *Transactions 1814–1824*, I, 337, case A-40.

*File No.* . . . .

## UNITED STATES *versus* ONE BOX (CHEST) TEA AND TWO BARRELS SPIRITOUS LIQUORS.

JOURNAL ENTRIES: (1) Nov. 7, 1815: libel filed; (2) Nov. 8, 1815: libel filed, proclamation ordered, time fixed for trial, notice ordered published; (3) Dec. 15, 1815: order for publication amended; (4) May 21, 1816: evidence heard, property condemned, sale ordered, notice of sale ordered.

PAPERS IN FILE: See *Transactions 1814–1824*, I, 338, case A-43.

*File No.* . . . .

## UNITED STATES *versus* THREE BARRELS SPIRITOUS LIQUORS, CALLED JAMAICA SPIRITS.

JOURNAL ENTRIES: (1) Nov. 7, 1815: libel filed; (2) Nov. 8, 1815: libel filed, proclamation ordered, time fixed for trial, notice ordered pub-

lished; (3) Dec. 15, 1815: order for publication amended; (4) May 21, 1816: evidence heard, property condemned, sale ordered, notice of sale ordered.

PAPERS IN FILE: See *Transactions 1814–1824*, I, 338, case A-42.

*File No.* . . . .

## UNITED STATES *versus* ONE BARREL SPIRITOUS LIQUOR, CALLED JAMAICA SPIRITS. 

JOURNAL ENTRIES: (1) Nov. 7, 1815: libel filed; (2) Nov. 8, 1815: libel filed, proclamation ordered, time fixed for trial, notice ordered published; (3) Dec. 15, 1815: order for publication amended; (4) May 20, 1816: evidence heard, property condemned, sale ordered, notice of sale ordered.

PAPERS IN FILE: See *Transactions 1814–1824*, I, 338, case A-44.

*File No.* . . . .

## UNITED STATES *versus* JOSEPH ROBERTJEAN AND JEAN BAPTISTE COCHOIS (COSIER). ██

JOURNAL ENTRIES: (1) Sept. 16, 1816: appearance of defendants by counsel; (2) Sept. 21, 1816: declaration filed; (3) Sept. 20, 1817: jury trial, disagreement reported, adjourned; (4) Sept. 22, 1817: verdict of not guilty.

PAPERS IN FILE: See *Transactions 1814–1824*, I, 339, case A-49.

*File No.* . . . .

## UNITED STATES *versus* SEVEN BARRELS WINE. 

JOURNAL ENTRIES: (1) Sept. 21, 1816: libel filed, proclamation ordered, time fixed for trial, notice ordered published; (2) Sept. 15, 1817: testimony heard, property condemned, sale ordered, notice of sale ordered.

PAPERS IN FILE: [None]

*File No.* . . . .

## UNITED STATES *versus* THREE CASKS (BARRELS) BRANDY, CLAIMED BY LEMUEL FOBES.